# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MCDONALD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO, N.A.,<br><br>　　　　Defendant. | Case No.: 4:13-cv-2334 KAW<br><br>ORDER TO SHOW CAUSE |

Plaintiff Linda McDonald is proceeding in this case without an attorney. Defendants filed motion to dismiss on May 30, 2013. Dkt # 4. The motion is currently set for hearing on July 25, 2013.

According to the Court's local rules, Plaintiff should have filed any brief in opposition to Defendants' motion by June 13. *See* Civil Local Rule 7-3. Plaintiff has not filed an opposition.

The July 25, 2013 hearing on the motion to dismiss is hereby VACATED. The Court ORDERS Plaintiff to, within 14 days of this order, show cause why her case should not be dismissed for failure to prosecute, and file her opposition to the motion to dismiss or a statement of non-opposition to the motion.

///

///

///

1  Failure to comply with this order may result in Defendant's motion to dismiss being granted,
2 or in the dismissal of the case for failure to prosecute. *See* Magistrate Judge Westmore's General
3 Standing Order, ¶ 21 ("The failure of the opposing party to file a memorandum of points and
4 authorities in opposition to any motion shall constitute consent to the granting of the motion").

  It is so ORDERED.

DATE: July 18, 2013

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE